

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00078-CV

| | | |
|---|---|---|
| JOE W. BYRD, Appellant | § | On Appeal from the 153rd District Court |
| V. | § | of Tarrant County (153-304457-18) |
| THE VILLAGES OF WOODLAND SPRINGS HOMEOWNERS ASSOCIATION, INC., Appellee | § | July 25, 2024 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
Justice Mike Wallach